1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SIPRIANO PATINO,

11          Plaintiff,                         No.  2:12-cv-3047 CKD P

12      vs.

13   C.S.P. SACRAMENTO, et al.,

14          Defendants.                        ORDER

15   _____/

16          The Court recognizes the document filed by plaintiff on January 18, 2013 as a

17   notice of voluntary dismissal of this action by plaintiff pursuant to Rule 41(a)(1)(A) of the

18   Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close this case.

19    Dated: January 24, 2013

20   _____

21   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

22

23

24   1
     pati3047.dis

25

26