IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIPRIANO PATINO,

      Plaintiff,                    No. 2:12-cv-3047 CKD P

      vs.

C.S.P. SACRAMENTO, et al.,

      Defendants.            <u>ORDER</u>

                          /

        The Court recognizes the document filed by plaintiff on January 18, 2013 as a notice of voluntary dismissal of this action by plaintiff pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

Dated: January 24, 2013

                                                 _/s/ Carolyn K. Delaney_
                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] pati3047.dis